AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

Patricia Brown, )
*Plaintiff* )
v. ) Civil Action No. 1:13-cv-1072
American Mutual Holdings Inc. & Joseph C. Bella, III et al., )
*Defendant* )

20-MC-30

*FILED JUL 2 0 2020 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 7-24-2017.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 7/13/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA BROWN,

        Plaintiff,

        HONORABLE PAUL L. MALONEY

v.

        Case No. 1:13-cv-1072

AMERICAN MUTUAL HOLDINGS
INC., et al.

        Defendants.
_____/

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered against Defendants American Mutual Holdings Inc., Check Systems, LLC, Interchex Systems, LLC, Joseph C. Bella, III, and Alan E. Fielitz, in the amount of $1,000.00.

Date: July 24, 2017

        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge